Michael Adams (State Bar No. 185835)
madams@rutan.com
Meredith L. Williams (State Bar No. 292888)
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:  714-641-5100
Facsimile:  714-546-9035

Attorneys for Plaintiff
THE YOUNG AMERICANS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE YOUNG AMERICANS, INC., a California nonprofit corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>STARMEDIA PRODUCTIONS INC., a Florida corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. 5:18-cv-00308<br><br>**PROOF OF SERVICE RE SUMMONS AND COMPLAINT** |



Michael D. Adams
Direct Dial: (714) 338-1855
E-mail: madams@rutan.com

April 30, 2018

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Starmedia Productions, Inc.
c/o Orlando J. Espinosa as Registered Agent
for Service
1500 Gateway Blvd.
Boynton Beach, FL 33426

      Re:    The Young Americans, Inc. v. Starmedia Productions, Inc., et al.
              USDC, Case No.: 5:18-cv-00308

Dear Mr. Espinosa:

    Pursuant to Federal Rule of Civil Procedure 4(e), you have been served with the following documents regarding the above matter:

    1.    Summons;

    2.    Complaint;

    3.    Civil Cover Sheet;

    4.    Report on the Filing or Determination of an Action Regarding a Patent or Trademark;

    5.    Plaintiff's Certification and Notice of Interested Parties;

    6.    Notice of Assignment to United States Judges;

    7.    Notice to Parties of Court-Directed ADR Program; and

611 Anton Blvd., Suite 1400, Costa Mesa, CA 92626
PO Box 1950, Costa Mesa, CA 92628-1950  |  714.641.5100  |  Fax 714.547.9035

2314/027541-0004
12305587.1 a04/30/18



Starmedia Productions, Inc.
April 30, 2018
Page 2

      8.      Standing Order for Jude Jesus G. Bernal.

Very truly yours,

RUTAN & TUCKER, LLP

Michael D. Adams

MDA:sc
Enclosures
2314/027541-0004
12305587.1 a04/30/18

9414 7266 9904 2035 2378 76   Page 1 o:

**TO:**

Starmedia Productions, Inc.
c/o Orlando J. Espinosa as
Registered Agent for Service
1500 Gateway Blvd.
Boynton Beach, FL 33426
US

**SENDER:** 027541.0004-2314

**REFERENCE:** M. Adams

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 2.47 |
|---|---|---|
| | Certified Fee | 3.45 |
| | Return Receipt Fee | 2.75 |
| | Restricted Delivery | |
| | Total Postage & Fees | |

**USPS® Receipt for Certified Mail®**

No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

---

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 9414 7266 9904 2035 2378 76 | A. Received by (Please Print Clearly) — B. Date of Delivery 5/4/18 |
| | C. Signature — ☐ Agent ☐ Addressee |
| 3. Service Type  CERTIFIED MAIL® | D. Is delivery address different from item 1? If YES, enter delivery address below: ☐ Yes ☐ No |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 1. Article Addressed to: Starmedia Productions, Inc. c/o Orlando J. Espinosa as Registered Agent for Service 1500 Gateway Blvd. Boynton Beach, FL 33426 US | 027541.0004-2314 — CERT00083028 |

com/index.php

PS Form 3811, January 2005      Domestic Return Receipt