Michael Adams (State Bar No. 185835)
madams@rutan.com
Meredith L. Williams (State Bar No. 292888)
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff
THE YOUNG AMERICANS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE YOUNG AMERICANS, INC., a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>STARMEDIA PRODUCTIONS INC., a Florida corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 5:18-cv-00308 JGB (KKx)<br><br>**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT STARMEDIA PRODUCTIONS, INC.** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff The Young Americans, Inc. ("Plaintiff") respectfully requests that the Clerk enter default in this matter against Defendant StarMedia Productions, Inc. ("Defendant").

As stated in the concurrently filed Declaration of Michael Adams, Plaintiff mailed the Summons and Complaint on Defendant by substitute service and mailed the Summon and Complaint to Defendant's registered agent on April 30, 2018 as evidenced by the Proof of Service filed with the Court on May 25, 2018. (Dkt. 10.) Defendant's responsive pleading was due to be served and filed within twenty-one (21) days after service, which was effective 10 days after the Summons

and Complaint were mailed to Defendant on April 30, 2018.  (Fed. R. Civ. Proc. 4(e)(1); Ca. Civ. Proc. Code §§ 415.20(a); 416.10.)  Therefore, Defendant's response to the Complaint was due on or before May 31, 2018.

Defendant has failed to appear or otherwise respond to Plaintiff's Complaint within twenty-one (21) days after service as prescribed by the Federal Rules of Civil Procedure.  As such, Plaintiff requests that the Clerk enter default against Defendant.

Dated:  June 5, 2018

RUTAN & TUCKER, LLP
MICHAEL D. ADAMS
MEREDITH L. WILLIAMS

By:  */s/ Michael Adams*
Michael Adams
Attorneys for Plaintiff