Michael Adams (State Bar No. 185835)
madams@rutan.com
Meredith L. Williams (State Bar No. 292888)
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:   714-641-5100
Facsimile:   714-546-9035

Attorneys for Plaintiff
THE YOUNG AMERICANS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE YOUNG AMERICANS, INC., a California nonprofit corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>STARMEDIA PRODUCTIONS INC., a Florida corporation, and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO. 5:18-cv-00308 JGB (KKx)<br><br>**RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION** |

On March 11, 2019, the Court issued an Order to Show Cause requiring Plaintiff The Young Americans, Inc. ("Plaintiff") to show cause in writing on or before March 25, 2019 why this action should not be dismissed for lack of prosecution. (Dkt. 14.) Concurrently with this filing, Plaintiff is submitting a Notice for Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41. Accordingly, Plaintiff respectfully requests that the Order to Show Cause be discharged.

| | | |
|---|---|---|
| 1 | Dated: March 25, 2019 | RUTAN & TUCKER, LLP<br>MICHAEL D. ADAMS |
| 2 | | |
| 3 | | By:    */s/ Michael Adams* |
| 4 | | Michael Adams<br>Attorneys for Plaintiff<br>THE YOUNG AMERICANS, INC. |

Rutan & Tucker, LLP
attorneys at law

2848/027541-0004
13549080.1 a03/25/19

-2-
RESPONSE TO ORDER TO SHOW CAUSE